| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Carthage Area Hospital, Inc. |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF NEW YORK |
| Case number (if known) | 26-30078-5 |

☐ Check if this is an amended filing

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____    X _____
                              Signature of individual signing on behalf of debtor

                              **Gary Rowe**
                              Printed name

                              **Board Chairperson**
                              Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: Carthage Area Hospital, Inc.
United States Bankruptcy Court for the: NORTHERN DISTRICT OF NEW YORK
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| AMN Healthcare, Inc. 2735 Collections Center Drive Chicago, IL 60693 | 866-871-8519 | Trade Debt | | | | $2,110,684.91 |
| Barton and Associates, Inc. PO Box 417844 Boston, MA 02241 | 855-562-3499 | Trade Debt | | | | $643,212.07 |
| CompHealth PO Box 972651 Dallas, TX 75397 | 800-453-3030 | Trade Debt | | | | $444,743.05 |
| Davin Healthcare Workforce Solutions PO Box 1355 North Bend, OH 45052 | 877-871-1611 | Trade Debt | | | | $8,070,390.84 |
| Delphi Hospitalist Services 1160 Chili Avenue Rochester, NY 14624 | 585-426-4990 | Trade Debt | | | | $3,385,137.83 |
| Hayes Lucums LLC PO Box 88122 Chicago, IL 60680 | 888-837-3172 | Trade Debt | | | | $945,021.29 |
| Johnson and Johnson Health Care 5972 Collection Drive Chicago, IL 60693 | 877-227-3728 | Trade Debt | | | | $1,104,797.17 |
| Labcorp of America Holdings 31 South Spring Street Burlington, NC 27215 | 800-343-4407 | Trade Debt | | | | $1,007,083.67 |

Debtor **Carthage Area Hospital, Inc.**     Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| McKesson Plasma & Biologics LLC<br>6555 State Highway 161<br>Irving, TX 75039 | 800-850-4306 | Trade Debt | | | | $1,487,927.37 |
| Medline Indutries, Inc.<br>3 Lakes Drive<br>Winnetka, IL 60093 | 800-388-2147 | Trade Debt | | | | $1,255,077.04 |
| MLMIC<br>2 South Clinton Street<br>Syracuse, NY 13202 | 315-428-1188 | Trade Debt | | | | $782,783.00 |
| MPLT Healthcare LLC<br>3701 FAU Boulevard, Suite 300<br>Boca Raton, FL 33431 | 866-346-6758 | Trade Debt | | | | $530,311.28 |
| Rural Partners in Medicine LLC<br>100 Technology Drive, Bldg C, Ste 300<br>Broomfield, CO 80021 | 720-432-4419 | Trade Debt | | | | $769,699.15 |
| Siemens Medical Solutions USA Inc.<br>40 Liberty Boulevard<br>Malvern, PA 19355-1418 | 800-888-7436 | Trade Debt | | | | $446,683.24 |
| SIS Merger Co.<br>55 North Point Center East, Suite 700<br>Alpharetta, GA 30022 | | Trade Debt | | | | $619,178.10 |
| SUNY Upstate Medical University<br>155 Elizabeth Blackwell Street<br>Syracuse, NY 13210 | 315-464-4460 | Trade Debt | | | | $738,316.48 |
| Truebridge, Inc.<br>54 St. Emanuel Street<br>Mobile, AL 36602 | 855-663-8344 | Trade Debt | | | | $992,935.13 |
| UKG Inc.<br>900 Chelmsford Street<br>NJ 08151 | 800-225-1561 | Trade Debt | | | | $522,633.99 |

Debtor **Carthage Area Hospital, Inc.**　　　　　　　　　　　　　　　　　Case number *(if known)*
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Veris Benefits Consortium<br>PO Box 177<br>Souderton, PA 18964 | 888-400-4647 | Trade Debt | | | | $1,148,625.33 |
| Weatherby Locums Inc.<br>6451 North Federal Highway, Ste 700/800<br>Fort Lauderdale, FL 33308 | 800-328-3021 | Trade Debt | | | | $417,953.37 |